NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARNOLD J. PARKS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7089

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-2197, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

The Secretary of Veterans Affairs ("Secretary") moves unopposed for a 29-day extension of time, until September 14, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Secretary's response brief is due no later than September 14, 2012.

FOR THE COURT

**AUG 2 2 2012**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Doris Hines, Esq.
    Nelson Richards, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2012

JAN HORBALY
CLERK